PROB 12C
(6/16)

Report Date: November 10, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: James Dean Cloud | Case Number: 0980 2:10CR002077-RMP-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 1, 2011

Original Offense: Crime on an Indian Reservation - Burglary, 18 U.S.C. § 1153 and R.C.W. 9A.52.025; Possession of Stolen Firearms, 18 U.S.C. § 922(j);

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 2232 days; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: September 19, 2016 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 18, 2019 | |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 27**: You shall reside in a residential reentry center (RRC) for a period of up to 6 months. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: On November 10, 2016, the undersigned officer received notification from the director of the Spokane RRC, where the client was a resident, that the client had left the facility the previous evening on November 9, 2016, at 10:15 p.m. Staff indicated that the client did not provide a reason for his departure, and as of the writing of this report, the client has not reported to or contacted the undersigned officer regarding his current whereabouts or reason for departure. According to Spokane RRC staff, the client has been placed on abscond status with the facility and has been removed from the program. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Cloud, James Dean**
**November 10, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 10, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/14/2016

Date