PROB 12C
(6/16)
Report Date: November 15, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dean Cloud      Case Number: 0980 2:10CR002077-RMP-1

Address of Offender:      , Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 1, 2011

| | |
|---|---|
| Original Offense: | Crime on an Indian Reservation - Burglary, 18 U.S.C. § 1153 and R.C.W. 9A.52.025; Possession of Stolen Firearms, 18 U.S.C. § 922(j); |
| Original Sentence: | Prison - 150 months    Type of Supervision: Supervised Release<br>TSR - 36 months |
| Re-sentencing (September 1, 2016) | Prison - 2232 days<br>TSR - 36 months |
| Asst. U.S. Attorney: | James Goeke    Date Supervision Commenced: September 19, 2016 |
| Defense Attorney: | Federal Public Defender    Date Supervision Expires: September 18, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/10/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On November 12, 2016, the undersigned officer received a voice mail from Deputy Rasmussen with the Yakima County Sheriff's Office who indicated that the client had attempted to elude him. The deputy indicated that a police report referencing the incident would be forwarded to the undersigned officer.<br><br>According to the aforementioned police report, the client was seen driving a vehicle without a front license plate and with what appeared to be a designated truck license plate on the rear of the vehicle. The reporting officer attempted to stop the vehicle; however, the car accelerated, at times reaching approximately 100 miles-per-hour. It should be noted that the client also failed to yield at numerous stop signs during the pursuit and ultimately at least two responding patrol cars were damaged while attempting to continue the pursuit. The |

primary officer was eventually forced to slow his pursuit due to the damage sustained to his patrol vehicle, and subsequently lost sight of the vehicle. The deputy, with the assistance of other responding officers, was able to later locate the vehicle unoccupied and present in a shallow creek. A K9 track of the suspect revealed Mr. Cloud hiding in a bush and he was subsequently taken into custody at gunpoint. According to law enforcement with the Confederated Tribes and Bands of the Yakama Nation, the client was originally booked for eluding, reckless driving, failing to stop, obstruction of justice, and having no valid driver's license on person; however, law enforcement authorities now indicate that the prosecutor has declined prosecution in this matter. The client was subsequently transferred into federal custody on November 14, 2016, to address his outstanding warrant as a result of the current petition filed before the Court on November 10, 2016.

Attempting to elude police vehicle, the greatest of the alleged charges at the time of arrest, is a violation of R.C.W. 46.61.024, and is a Class C Felony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 15, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

11/15/2016
Date