Case 2:10-cr-02077-RMP    Document 121    Filed 11/15/16

PROB 12C
(6/16)

Report Date: November 15, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dean Cloud          Case Number: 0980 2:10CR002077-RMP-1

Address of Offender:                         , Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 1, 2011

Original Offense:    Crime on an Indian Reservation - Burglary, 18 U.S.C. § 1153 and R.C.W. 9A.52.025;
                     Possession of Stolen Firearms, 18 U.S.C. § 922(j);

Original Sentence:      Prison - 150 months         Type of Supervision: Supervised Release
(March 1, 2011)         TSR - 36 months

Re-sentencing           Prison - 2232 days
(September 1, 2016)     TSR - 36 months

Asst. U.S. Attorney:    James Goeke                 Date Supervision Commenced: September 19, 2016

Defense Attorney:       Federal Public Defender     Date Supervision Expires: September 18, 2019

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/10/2016 and 11/15/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 15, 2016, this officer contacted Mr. Cloud at Yakima County Jail in Yakima, Washington. During the contact, Mr. Cloud informed this officer he consumed methamphetamine and marijuana on November 12, 2016. Mr. Cloud signed a drug use admission form, acknowledging his use of controlled substances. |
| 4 | **Special Condition #23**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

Prob12C  
**Re: Cloud, James Dean**  
**November 15, 2016**  
**Page 2**

**Supporting Evidence**: On November 15, 2016, this officer contacted Mr. Cloud at the Yakima County Jail in Yakima, Washington. During the contact, Mr. Cloud informed this officer he consumed alcohol on November 12, 2016. Mr. Cloud signed a drug use admission form, acknowledging his use of alcohol.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 15, 2016

s/ Phil Casey

Phil Casey  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

11/15/2016  
Date