E/ PROB 12C
(6/16)

Report Date: February 17, 2017

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dean Cloud                    Case Number: 0980 2:10CR02077-RMP-1

Address of Offender:                    Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 1, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation - Burglary, 18 U.S.C. § 1153 & RCW 9A.52.025; Possession of Stolen Firearms, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 150 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Re-sentence: (September 1, 2016) | Prison - 2,232 days; TSR - 36 months | |
| Revocation Sentence: (November 17, 2016) | Prison - 2 months; TSR - 34 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 28, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 27, 2019 |

### PETITIONING THE COURT

    **To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

    1      **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

           **Supporting Evidence**: On February 8, 2017, Mr. James Cloud placed a call to the undersigned officer in which he began to describe an incident that occurred the previous night after he left his residence due to being unable to sleep. The client seemed confused and had great difficulty in connecting his thoughts. Mr. Cloud was specifically questioned on any type of illicit drug use, which he denied. The client was directed to report to U.S. Probation, and after failing to arrive as directed on several occasions based on the time frame provided, the client did finally arrive at U.S. Probation at 2:30 p.m. The client's apparent confusion continued during his discussion with the undersigned officer, and despite being directed to

Prob12C
**Re: Cloud, James Dean**
**February 17, 2017**
**Page 2**

do so on numerous occasions, the client indicated that he was unable to provide a urinalysis sample for testing by 5 p.m., when the building closed. The client was directed to report back to U.S. Probation at 8:30 a.m., the following day.

On February 9, 2017, the client contacted the undersigned officer at 10:47 a.m., and again seemed to have difficulty collecting his thoughts. The client did admit to waking up late, but committed to reporting this date. The client arrived at U.S. Probation this date at 2:20 p.m., and again indicated that he was unable to provide a urinalysis sample for testing. At 4:55 p.m., the client provided approximately two single drops of urine that tested presumptive positive for amphetamine, at which time the client admitted to using methamphetamine late the night before or early that morning.

On February 13, 2017, the client provided a presumptive positive sample for urinalysis testing at Alcohol Drug Education Prevention and Treatment. The client later contacted the undersigned officer telephonically and admitted to using methamphetamine on Friday, (February 10, 2017).

On February 15, 2017, the client reported to U.S. Probation after attending his scheduled meeting with his mental health provider, and was questioned by the undersigned officer on any new use of illicit substances, at which time the client admitted to using methamphetamine the day prior, (February 14, 2017), because he thought that he would be sent to jail.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 17, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons

Signature of Judicial Officer

2/17/2017
Date