PROB 12C
(6/16)

Report Date: March 8, 2017

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dean Cloud                           Case Number: 0980 2:10CR02077-RMP-1

Address of Offender:                    Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 1, 2011

Original Offense:    Crime on an Indian Reservation - Burglary, 18 U.S.C. § 1153 & RCW 9A.52.025;
                     Possession of Stolen Firearms, 18 U.S.C. § 922(j)

Original Sentence:   Prison - 150 months;           Type of Supervision: Supervised Release
                     TSR - 36 months

Re-sentence:         Prison - Time Served
(September 1, 2016)  (2,232 days)
                     TSR - 36 months

Revocation
Sentence:            Prison - 2 months;
(November 17, 2016)  TSR - 34 months

Asst. U.S. Attorney: James Goeke                    Date Supervision Commenced: December 28, 2016

Defense Attorney:    Federal Defender's Office      Date Supervision Expires: October 27, 2019

### PETITIONING THE COURT

To issue a **WARRANT**, and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/17/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

2 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On February 22, 2017, Mr. James Cloud reported to U.S. Probation and admitted to smoking marijuana out of a methamphetamine pipe on February 19, 2017. Mr. Cloud indicated that he did not intentionally ingest methamphetamine, but indicated that the substance could be in his system based on his method of use. The client signed a drug use admission form documenting his use of marijuana and the sample was forwarded to Alere Toxicology for confirmation purposes. On March 1, 2017, the undersigned officer

Prob12C
**Re: Cloud, James Dean**
**March 8, 2017**
**Page 2**

received the lab confirmation in reference to the urinalysis sample submitted by the client at U.S. Probation on February 22, 2017, confirming the sample was positive for both marijuana and methamphetamine.

On February 28, 2017, Mr. Cloud reported to U.S. Probation as directed and admitted to using methamphetamine on Friday (February 24, 2017). He submitted a urinalysis sample that was presumptive positive for both methamphetamine and opiates. The client denied any use of opiates and the sample was forwarded to Alere Toxicology for confirmation. The client signed a drug use admission form documenting his admitted use of methamphetamine. On March 8, 2017, the undersigned officer received the lab confirmation in reference to the urinalysis sample submitted by the client at U.S. Probation on February 28, 2017, confirming the sample was positive for methamphetamine and negative for all other drugs tested for.

On March 7, 2017, Mr. Cloud reported to U.S. Probation as directed and indicated that he had again used marijuana yesterday (March 6, 2017), and methamphetamine on Sunday (March 5, 2017). Mr. Cloud signed a drug use admission form documenting both his use of methamphetamine and marijuana as previously indicated.

3      **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On February 15, 2017, Mr. Cloud was given the directive by the undersigned officer to begin weekly reporting on Mondays in large part due to the client's continued use of illicit substances. On February 16, 2017, Mr. Cloud was instructed to report again on Tuesday (February 21, 2017), as Monday was a holiday. Mr. Cloud failed to report to U.S. Probation on the day in question; however, did report to U.S. Probation on the following day. Mr. Cloud indicated that he was ill and had slept most of the day on Tuesday.

On March 6, 2017, Mr. Cloud again failed to report as directed, but did report on the following day on Tuesday (March 7, 2017). Mr. Cloud indicated that he slept most of the day yesterday. On both occasions, Mr. Cloud failed to provide sufficient notice that he needed to reschedule the appointments or that he would be unable to report as directed.

4      **Special Condition # 6**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 28, 2017, the U.S. Probation Office in Spokane received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that the client had failed to report for random urinalysis testing at the facility on February 27, 2017. It should be noted that Mr. Cloud did additionally fail to report to U.S. Probation as directed on the day in question.

Prob12C
**Re: Cloud, James Dean**
**March 8, 2017**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 8, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/10/2017

Date