PROB 12C
(6/16)

Report Date: April 20, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Dean Cloud      Case Number: 0980 2:10CR02077-RMP-1

Address of Offender: Homeless, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 1, 2011

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation - Burglary, 18 U.S.C. § 1153; Possession of Stolen Firearms, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 150 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Re-sentence: (September 1, 2016) | Prison - Time Served (2,232 days); TSR - 36 months | |
| Revocation Sentence: (November 17, 2016) | Prison - 2 months; TSR - 34 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 28, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: Warrant Status |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/17/2017 and 03/08/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

5      **Standard Condition # 5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least ten days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On December 28, 2016, Mr. James Cloud signed his conditions relative to case number 2:10CR02077-RMP-1, indicating that he understood all conditions

as ordered by the Court. Specifically, Mr. Cloud was made aware by his U.S. probation officer that he was required to live at a residence approved by the probation office and was required to provide notification to the U.S. Probation Office in advance of any change or potential change in his living arrangements. The client was informed that notification within 72 hours following a change was acceptable if unanticipated circumstances existed. The process, and the client's expectations related to a potential change in residence, were explained to the client and he indicated that he understood.

On March 20, 2017, the undersigned officer received a phone call from the owner of the transitional house in which Mr. Cloud was currently residing who requested this officer's assistance in having the client removed from the address. Specifically, the contact indicated that he did not believe that the client was staying there every night, he was alleged to have stolen his roommate's radio, he punched a hole in wall in the living room, and he was acting in a paranoid manner. This information was reported to the U.S. Marshals Service.

On March 29, 2017, the U.S. Probation Office in Spokane received information from the assigned house manager indicating that the client had not been seen at the residence since March 20, 2017. At no time did Mr. Cloud notify the U.S. Probation Office of any change in residence and as a result Mr. Cloud's current whereabouts, and his current level of compliance with his conditions of supervised release as ordered by the Court, are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

4/21/17
Date