AO 245D    (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1   Revised by WAED - 11/16

# UNITED STATES DISTRICT COURT
Eastern District of Washington

SECOND AMENDED

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 19, 2018**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA
v.
James Dean Cloud

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.   2:10CR02077-RMP-1
USM No.   13304-085

Daniel Rubin
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)   MC3; SC13; SP6; SC5; MC1   of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Refrain from unlawful use of a controlled substance | 02/08/2017 |
| 2 | Refrain from unlawful use of a controlled substance | 02/22/2017 |
| 3 | Must follow instructions of the probation officer related to conditions of supervision | 03/06/2017 |
| 4 | Shall abstain from use of illegal controlled substances and submit to testing | 02/28/2017 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5508

Defendant's Year of Birth:   1983

City and State of Defendant's Residence:
Spokane, Washington

07/11/2017
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Rosanna Malouf Peterson     Judge, U.S. District Court
Name and Title of Judge

4/19/2018
Date

AO 245D   (Rev. 11/16) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page  2  of  4

DEFENDANT: James Dean Cloud
CASE NUMBER: 2:10CR02077-RMP-1

## ADDITIONAL VIOLATIONS

| Violation No. | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Must live at a place approved by the probation officer | 03/20/2017 |
| 6 | Must not commit another Federal, state, or local crime | 05/23/2017 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: James Dean Cloud
CASE NUMBER: 2:10CR02077-RMP-1

Judgment — Page 3 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of : 3 month(s)

*Term of imprisonment shall run concurrently with his State sentence, cause number: 081016507.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                Sheet 3 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: James Dean Cloud
CASE NUMBER: 2:10CR02077-RMP-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

*SUPERVISED RELEASE IS TERMINATED UPON RELEASE FROM IMPRISONMENT.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.